IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM T. HOLLIDAY,

    Plaintiff,

vs.                                             CASE NO.: 4:09-cv-182-SPM/WCS

WALTER MCNEIL, et. al,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 21). Plaintiff has been mailed a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 21) is *adopted* and incorporated by reference in this order.

2. The case is *dismissed* for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). This case is the Plaintiff's third such dismissal, which will bar him from proceeding *in forma pauperis* in the future.

3. All pending motions are *denied as moot*.

4. The Clerk is directed to note on the docket that this cause was

dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this <u>seventh</u> day of July, 2010.

       <u>*s/ Stephan P. Mickle*</u>
       Stephan P. Mickle
       Chief United States District Judge